[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JANUARY 31, 2008
THOMAS K. KAHN
CLERK

_____

No. 07-11250
Non-Argument Calendar

_____

D. C. Docket No. 03-00489-CR-T-17-MSS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALBERT BAKIAJ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(January 31, 2008)**

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Ryan Truskoski, appointed counsel for Albert Bakiaj in this appeal of

Bakiaj's sentencing resulting from a resentencing hearing we ordered in Bakiaj's first appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Bakiaj's sentences are **AFFIRMED**.